UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISANDRA A.,

                      Plaintiff,

      -against-                                 20 CIVIL 4796 (GRJ)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 22, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED. The Commissioner's Motion for Judgment on the Pleadings is GRANTED, and final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York

         February 23, 2022

                                                           **RUBY J. KRAJICK**

                                                                Clerk of Court

                                       **BY:**

                                                                **Deputy Clerk**